IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03163-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

EMANUEL PITTMAN,

    Applicant,

v.

JAMES FALK, Warden,
RICK RAEMISCH, Executive Director, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCY**

---

Applicant Emanuel Pittman is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling Correctional Facility in Sterling, Colorado.  Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) \_\_ is not submitted
(2) \_\_ is missing affidavit
(3) \_\_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) \_\_ is missing certified statement showing current balance in prison account
(5) \_\_ is missing required financial information

(6)   __    is missing an original signature by the prisoner
(7)   __    is not on proper form (must use the court's current form)
(8)   __    names in caption do not match names in caption of complaint, petition or habeas application
(9)   __    An original and a copy have not been received by the court. Only an original has been received.
(10)  X     other: **The prisoner trust fund statement is not current**

**Complaint, Petition or Application**:
(11)  __    is not submitted
(12)  __    is not on proper form (must use the court's current form)
(13)  __    is missing an original signature by the prisoner
(14)  __    is missing page nos. __
(15)  __    uses et al. instead of listing all parties in caption
(16)  __    An original and a copy have not been received by the court. Only an original has been received.
(17)  __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  __    names in caption do not match names in text
(19)  __    other:

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED November 21, 2014, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge