**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03163-GPG

**EMANUEL PITTMAN**,

    Applicant,

v.

**JAMES FALK**, Warden;
**RICK RAEMISCH**, Executive Director; and
**THE ATTORNEY GENERAL OF THE STATE OF COLORADO**,

    Respondents.

---

**ORDER DRAWING CASE**

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

**ORDERED** that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED April 22, 2015, at Denver, Colorado.

                                          BY THE COURT:

                                          S/ Gordon P. Gallagher

                                          Gordon P. Gallagher
                                          United States Magistrate Judge